

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2020

MEMO ENDORSED:

The April 17, 2020 hearing is adjourned to June 19, 2020 at 3:30 p.m.

SO ORDERED.

*Paul S. Gardephe*

Dated: April 14, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

**Re:  *United States* v. *Cedric Johnson*, No. 17 Cr. 466 (PGG)**

Dear Judge Gardephe:

    The parties and the Probation Office jointly request to adjourn the conference currently scheduled for April 17, 2020, at 4:30 p.m. to a date in June in light of the COVID-19 pandemic and given that Probation is not aware of any additional violations of supervised release since the last court conference on March 4, 2020.  As discussed at the last court conference, the defendant was employed at a restaurant.  However, due to COVID-19, the restaurant closed on March 21, 2020, and the defendant has since remained at home and is applying for unemployment benefits.  The Probation Office is currently unable to test the defendant for controlled substances due to restrictions as to who may enter the Courthouse.  The defendant's supervised release is scheduled to expire on June 26, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Cecilia E. Vogel
    Assistant United States Attorney
    (212) 637-1084

cc: Meredith Heller, Esq. (by ECF)
    U.S. Probation Officer Erin Weinrauch (by email)