

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

**The Application is granted.**

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: June 18, 2020

June 17, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

      **Re:  *United States* v. *Cedric Johnson*, No. 17 Cr. 466 (PGG)**

Dear Judge Gardephe:

      The parties and the Probation Office jointly request to adjourn *sine die* the conference currently scheduled for June 19, 2020, at 3:30 p.m.  The defendant's term of supervision is set to expire on June 26, 2020.  The Probation Office intends to submit to the Court a request to dismiss the violation petition.

                    Respectfully submitted,

                    GEOFFREY S. BERMAN
                    United States Attorney

By:  _____
                    Cecilia E. Vogel
                    Assistant United States Attorney
                    (212) 637-1084

cc: Meredith Heller, Esq. (by ECF)
    U.S. Probation Officer Erin Weinrauch (by email)